# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN CIRCUIT

---

Because in my judgment the public interest so requires, pursuant to the provisions of Title 28, United States Code, Section 292(b), I hereby designate and assign the Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa, to hold court in the Eastern District of Missouri in the matter of United States v. Martin T. Sigillito, et al., No. 4:11-cr-00168, and for such additional time in advance thereof to prepare for the trial of the case, or thereafter as may be required to complete unfinished business. Chief Judge Reade is authorized to travel to the Eastern District of Missouri as may be necessary to preside over this case and to process the case through to completion.

Dated *April 29, 2011*, 2011

William Jay Riley, Chief Judge
United States Court of Appeals - Eighth Circuit


Original: Robert L. Phelps II, Clerk, Northern District of Iowa (via e-mail)
cc: Chief Judge Catherine D. Perry (via e-mail)
James Woodward, Clerk, Eastern District of Missouri (via e-mail)