

**U. S. Department of Justice**

*Beth Phillips*
*United States Attorney*
*Western District of Missouri*

*Fraud & Corruption Unit*  (816) 426-2605
*Charles Evans Whittaker Courthouse*  FAX (816) 426-3126
*400 East 9th Street, Fifth Floor*
*Kansas City, Missouri 64106*

MAY - 4 2011

May 4, 2011

Mr. Jim Woodward, Clerk
United States District Court
111 South 10th Street
St. Louis, Missouri  63102

    Re: U.S. v. MARTIN T. SIGILLITO, aka "Marty," aka "Bishop Sigillito,"
       JAMES SCOTT BROWN, aka "Scott," and DEREK J. SMITH
       No. 4:11-CR168 UNA/UNA

Dear Mr. Woodward:

  The above indictment returned by the United States Grand Jury in the above-captioned case on April 28, 2011, was ordered suppressed.

  Defendants are in custody, have given bail for the defendants' final appearance or the United States Attorney's Office has otherwise determined there is no longer a reason to seal said indictment, and therefore, the suppression of the indictment may be lifted.  It is, therefore, requested that such be done.

           Very truly yours,
           BETH PHILLIPS
           United States Attorney for the Western District of
           Missouri

           Steven E. Holtshouser
           Assistant United States Attorney