UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. No. 4:11-CR168 LRR |
| | ) | |
| MARTIN T. SIGILLITO, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE GOVERNMENT'S SENTENCING MEMORANDUM NOT UNDER SEAL**

COMES NOW the United States of America, by and through its undersigned counsel, and requests leave of court to file the Government's Sentencing Memorandum not under seal and in support states:

The Government previously filed its Sentencing Memorandum (Doc. 345) in this case under seal to protect the identity and privacy of victims, particularly those named in the attachments to the Memorandum. The attachments also contained certain financial information about each victim's investment and loss in this case. During the Sentencing Hearing, the Government requested permission to file just the Memorandum itself, not including the attachments, in the public record as it did not reveal any private information not made public during the trial. The Court indicated that it would approve such a filing. Accordingly, the Government seeks leave of Court to file its Sentencing Memorandum as a new document, without referenced attachments, in the public domain.

WHEREFORE, the Government respectfully requests leave of Court to file the Government's Sentencing Memorandum not under seal.

    Respectfully submitted,

    ERIC H. HOLDER, JR.
    United States Attorney General

    DAVE KETCHMARK
    Acting United States Attorney
    WESTERN DISTRICT OF MISSOURI

    *s/ Jess E. Michaelsen*
    JESS E. MICHAELSEN, #52253
    Special Attorney to the United States Attorney General

    *s/ Steven E. Holtshouser*
    STEVEN E. HOLTSHOUSER, #33531
    Special Attorney to the United States Attorney General

    *s/ Richard E. Finneran*
    RICHARD E. FINNERAN, #60768
    Special Attorney to the United States Attorney General

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 9, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

**Douglas P. Roller**
dprcrimlaw@aol.com

     *s/ Jess E. Michaelsen*
     JESS E. MICHAELSEN, #52253
     Special Attorney to the United States Attorney General
     Charles Evans Whittaker Courthouse
     400 East Ninth Street, Fifth Floor
     Kansas City, Missouri  64106

     *s/ Steven E. Holtshouser*
     STEVEN E. HOLTSHOUSER, #33531
     Special Attorney to the United States Attorney General
     111  South 10th Street, Room 20.333
     St. Louis, Missouri  63102

     *s/ Richard E. Finneran*
     RICHARD E. FINNERAN, #60768
     Special Attorney to the United States Attorney General
     111  South 10th Street, Room 20.333
     St. Louis, Missouri  63102