RECEIVED
NOV 27 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:11CR 168 LRR |
| ) | |
| MARTIN T. SIGILLITO, ) | |
| ) | |
| Defendant. | |

## MOTION FOR RELEASE OF BOND

Comes now, LaVerne Sigillito, and moves the Court for an Order releasing property bond, and states as follows:

1. Movant has posted her property, 3130 Garden Hill Lane, St. Louis Missouri 63139, as surety in the amount of $150,000.00 for Defendant's appearance bond.

2. On April 1, 2012, the Court remanded Defendant to the custody of the United States Marshal Service. Defendant remains in said custody.

3. The intended purpose of the bond and the posting of real estate are no longer necessary for Defendant's appearance, as he is in sole custody of the United States Marshal Service.

4. The United States has recorded a *lis pendens* notice with the Recorder of Deeds of the City of St. Louis, Missouri.

5. Movant has a *bona fide* purchaser for the said property and is desirous of selling said property on December 3, 2012.

6. Said property is currently encumbered by the surety bond and Plaintiff's recorded *lis pendens* notice.

Accordingly, Movant moves the Court for the immediate release of Bond and for an Order directing the United States of America to release the recorded *lis pendens* with the Recorder of Deeds.

Respectfully submitted,

*La Verne Sigillito*

LaVerne Sigillito
By Kevin J. Sigillito, her
Attorney in Fact
3149 Lavender
St. Louis, Missouri 63139

By *Kevin Sig.*, her
Attorney in FACT
3149 LAVENDER
ST. LOUIS, MO. 63139

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed

to __US ATTORNEY'S OFC.__ at _____
   (Opposing Party or Counsel)

_____
(Address)

on __NOVEMBER 27__, 20_12_
   (Date)

__Kevin Joy__
(Your Signature)