# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1027
_____

United States of America

Plaintiff - Appellee

v.

Martin T. Sigillito, also known as Marty, also known as Bishop Sigillito

Defendant - Appellant

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:11-cr-00168-LRR-1)

------

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 18, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans